IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LAVON LEWIS**                                                           **PLAINTIFF**
ADC # 154988

v.                   **CASE NO. 2:23-CV-00127-BSM**

**CHRIS JOHNSON,**
Deputy Warden, EARU, ADC, *et al*.                                 **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 51] is adopted. Defendants' motion for summary judgment [Doc. No. 45] is granted. Lavon Lewis's claim against Ruben Robinson is dismissed without prejudice, and his claims against Chris Johnson and Franklin Graham are dismissed with prejudice. An *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 21st day of June, 2024.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE