IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LAVON LEWIS**                                                      **PLAINTIFF**
**ADC # 154988**

v.                 **CASE NO. 2:23-CV-00127-BSM**

**CHRIS JOHNSON,**
**Deputy Warden, EARU, ADC,** *et al.*                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 21st day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE